United States District Court
Southern District of Texas
**ENTERED**
April 05, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Caitlin Weathers | § § | |
| *versus* | § § | Civil Action 4:22−cv−04085 |
| Houston Methodist Hospital, et al. | § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on April 5, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge