Cause No. 4:22-CV-04085

IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS JUDICIAL DISTRICT Day of April 14, 2023

United States Courts
Southern District of Texas
F I L E D

APR 14 2023

Nathan Ochsner, Clerk of Court

Caitlin Weathers

2425 Capitol st # 2143

Houston, TX 77003

v.

Houston Methodist Hospital, etc.

Sunila Ali

Purpose for motion is to reply to the court, on the basis of:

1. Object Sunila's support to motion for dismissal. Sunila's motion to dismiss the entire case doesn't follow civil procedures. Sunila is rightful party to the suit. She should be kept in the suit due to retaliation in the claim.

2. Sanctions imposed according to section 21b. Defendant failed to serve or deliver a copy of the pleading, plea, or motion.

3. Request to seal

4. In the case of the court removing Sunila Ali as a party to the suit the court maintain suit against the hospital.

*[signature]*