Caitlin Weathers

2425 Capitol ST #2143, Houston, TX 77003

832-314-6357 / j.weathersca@gmail.com

United States Courts
Southern District of Texas
F I L E D

APR 24 2023

Nathan Ochsner, Clerk of Court

4/23/2023

Honorable Christina Bryan Magistrate Judge

U.S. Southern District & Bankruptcy Court

515 Rusk St

Houston, TX 77002

RE: case no. 4:22-cv-04085

Dear Judge Bryan,

My purpose for writing is in regard to the claims that oppose the Equal Employment Opportunity Commission's determination of my right to pursue civil action. It is factually incorrect to state that the complaint was submitted on 08/03/2022 as the defendants make claim. The complaint to the EEOC was submitted on 04/11/2022 (case number 460-2022-02396). I kept having my interviews either cancelled or rescheduled. I assume that this was because of COVID related reasons. It wasn't my fault that it ended up being signed a few days after the strict 300 calendar days; I was not aware that it was time barred because under the Privacy Act of 1974 it says that it is not mandatory that the form be used to make a charge. In support of my motion to strike, I'd like to note that in the Chapter 21 Labor Code Sec. 21.256. it states, "STATUTE OF

LIMITATIONS. A civil action may not be brought under this subchapter later than the second anniversary of the date the complaint relating to the action is filed." It hasn't been two years since I filed my complaint with the EEOC.

I'd like to add that the Texas Administrative Code's definition of a Complaint is, "a written statement made under oath stating that an unlawful employment practice has been committed, setting forth the fact on which the complaint is based, and received within 180 days (about 6 months) or, for a complaint alleging sexual harassment, within 300 days (about 10 months) of the alleged unlawful employment practice has occurred." My complaint was filed with the EEOC less than 180 days from my termination date. Further, I didn't learn that there were discriminatory acts toward others until after I had filed the complaint.

Sincerely,

Caitlin Weathers

 Gmail                                                                                Caitlin Weathers <j.weathersca@gmail.com>

## Weathers v. Houston Methodist Hospital et al.
4 messages

**Patrick Palmer** <Palmer@scottpattonlaw.com>                                           Tue, Apr 4, 2023 at 2:38 PM
To: "j.weathersca@gmail.com" <j.weathersca@gmail.com>
Cc: Kimberly Falcone <kfalcone@scottpattonlaw.com>, Dan Patton <dpatton@scottpattonlaw.com>

Ms. Weathers,

My name is Patrick Palmer and I represent Houston Methodist Hospital and Ms. Sunila Ali in your lawsuit against these parties.

I received a notice on March 31, 2023 that you filed a "Motion to Strike" but I cannot access it on the PACER system as it seems to have been filed under restriction. Please see below:

CM/ECF  Civil ▾  Criminal ▾  Query  Reports ▾  Utilities ▾  Search  Help  Log Out

You do not have permission to view this document.

Please forward me a copy of the Motion to Strike that you filed on March 31, 2023.

Thank you,

Patrick Palmer
Scott Patton PC
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Direct:   (281) 377-3286
Fax:      (281) 377-3267
Main:     (281) 377-3311
Cell:     (210) 464-4464
Email:    palmer@scottpattonlaw.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

---

**Caitlin Weathers** <j.weathersca@gmail.com>                                           Wed, Apr 5, 2023 at 7:56 PM
To: Patrick Palmer <Palmer@scottpattonlaw.com>

Mr. Palmer,

Please see attached. -CW
[Quoted text hidden]

--
CW

**6 attachments**


IMG_2473.jpeg
725K



**Caitlin Weathers <j.weathersca@gmail.com>**

## Copy
1 message

**Caitlin Weathers** <j.weathersca@gmail.com>  Fri, Apr 14, 2023 at 4:33 PM
To: "dpatton@scottpattonlaw.com" <dpatton@scottpattonlaw.com>

Please see attached. -CW

--
CW



**IMG_2616.jpg**
556K



Caitlin Weathers <j.weathersca@gmail.com>

---

## Schedule
10 messages

---

**Caitlin Weathers** <j.weathersca@gmail.com>  Mon, Apr 17, 2023 at 12:15 PM
To: dpatton@scottpattonlaw.com

Good morning,

Hope this email finds you well. I'm writing with regard to the upcoming scheduling conference with Judge Sim Lake. Do you have a schedule in mind that you would like to work with me on?

Sincerely,
Caitlin Weathers

--
CW

---

**Dan Patton** <dpatton@scottpattonlaw.com>  Mon, Apr 17, 2023 at 12:17 PM
To: Caitlin Weathers <j.weathersca@gmail.com>

Ms. Weathers:

Very nice to meet you. I have the Court's scheduling conference in July. Am I in error?

Dan Patton
Scott Patton PC
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Direct:   (281) 377-3266
Fax:      (281) 377-3267
Main:     (281) 377-3311
Cell:     (713) 240-3917
Email:    dpatton@scottpattonlaw.com



Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

[Quoted text hidden]

---

**Caitlin Weathers** <j.weathersca@gmail.com>  Mon, Apr 17, 2023 at 1:50 PM
To: Dan Patton <dpatton@scottpattonlaw.com>

Nice to hear from you. No, I haven't received anything yet from the court. However I have access to Pacer and was able to see the order and reassignment. My purpose for reaching out to ask is because I assume that the judge will want us to



Caitlin Weathers <j.weathersca@gmail.com>

## Notice of Scheduled Interview

**noreply@eeoc.gov** <noreply@eeoc.gov>　　　　　　　　　　　　　　　　　Mon, Feb 28, 2022 at 8:15 AM
To: j.weathersca@gmail.com

You are scheduled for an interview by Phone with the Equal Employment Opportunity Commission (EEOC) regarding your inquiry **460-2022-02396**. This email confirms your appointment with an EEOC representative of the **Houston** office for **05/16/2022 at 03:00 PM CDT**.

On the day of your interview, please have the password for your EEOC Public Portal user account with you

Before your interview, please visit EEOC Public Portal as soon as possible to provide additional information about your inquiry. Providing additional information is optional, but can help make the interview more productive and efficient. You may add or edit the additional information up until you have your interview with EEOC. The information you provide is confidential and will not be disclosed to your employer during an investigation.

**ANSWERING THESE QUESTIONS IS NOT THE SAME AS FILING A CHARGE OF DISCRIMINATION.**

A charge of discrimination is a signed statement asserting that an organization engaged in employment discrimination. It requests EEOC to take remedial action. The laws enforced by EEOC, except the Equal Pay Act, require you to file a charge before you can file a lawsuit for unlawful discrimination. There are strict time limits for filing a charge.

To change or cancel your appointment, please log into the EEOC Public Portal and select the Schedule an Interview option for your inquiry.

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at digitalsupport@eeoc.gov and destroy all copies of the original message and attachments.*



Caitlin Weathers <j.weathersca@gmail.com>

## EEOC Inquiry- Weathers v. Houston Methodist Hospital (460-2022-02396)

**ROY WILKERSON** <ROY.WILKERSON@eeoc.gov>　　　　　　　　　　　　　　Thu, Jul 7, 2022 at 2:21 PM
To: "j.weathersca@gmail.com" <j.weathersca@gmail.com>

Ms. Weathers:

Thank you for contacting the EEOC. On 2/11/2022, you filed an online inquiry via the EEOC's Public Portal. On 8/1/2022, statute of limitation to file a charge of discrimination with the EEOC will expire. We are reaching out to you to determine if you are still interested in filing a charge of discrimination with the EEOC. If you are still interested in filing a charge of discrimination, please contact us no later than 7/14/2022.

If we don't hear from you by 7/14/2022 or you choose not to proceed with this process, the EEOC will take no further action and close your inquiry.

4/21/23, 9:42 PM
Case 4:22-cv-04085  Gmail - EEOC Inquiry- Weathers v. Houston Methodist Hospital (460-2022...
Document 22  Filed on 04/24/23 in TXSD  Page 8 of 18


Caitlin Weathers <j.weathersca@gmail.com>

## EEOC Inquiry- Weathers v. Houston Methodist Hospital (460-2022-02396)

**Caitlin Weathers** <j.weathersca@gmail.com>  Sat, Jul 9, 2022 at 7:39 AM
To: ROY WILKERSON <ROY.WILKERSON@eeoc.gov>

Hi Roy,

Thank you for getting back to me. Yes, I'm still interested in filing a charge!!! I'm what is my next step? Tell me what to do.
-Caitlin
[Quoted text hidden]
--
CW



Caitlin Weathers <j.weathersca@gmail.com>

## Your fax to EEOC has succeeded

**FaxZero.com** <support@faxzero.com>  
To: Caitlin Weathers <j.weathersca@gmail.com>

Mon, Jul 25, 2022 at 8:46 PM

Dear Caitlin Weathers,

Your fax to EEOC at 7136514902 has been sent successfully!  
Successful delivery of your fax was confirmed at 9:46 PM Eastern Daylight Time on July 25th, 2022  
Your fax included 1 page of coversheet with your text and 1 page of attached documents.

Be sure to follow up with the recipient to make sure that the fax is legible and is delivered to the right person in the office.  
To view or print the status of your fax, click here. You can also send FaxZero a "tip" to support this handy service.  
Thank you,  
FaxZero.com

P.S. Check out https://www.FreePrintable.net: printable business cards, certificates, timesheets, calendars, coloring pages, and more.

------------------------------------------------------------

If you want to RECEIVE faxes or send lots of pages  
each month, try our friends at mFax. Just $10 a month.  
http://faxzero.com/go/mFax

------------------------------------------------------------

(id#31461982)

 Gmail

Caitlin Weathers <j.weathersca@gmail.com>

## Notice of Rescheduled Interview

**noreply@eeoc.gov** <noreply@eeoc.gov>  
To: j.weathersca@gmail.com

Thu, Jul 28, 2022 at 9:47 AM

This is to notify you of a change to your appointment for an interview by Phone with a representative of the Equal Employment Opportunity Commission (EEOC). Your new appointment is confirmed for **08/01/2022 at 03:00 PM CDT**.

At the time of your interview, please have the password for your EEOC Public Portal user account with you.

Before your interview, please visit https://publicportal.eeoc.gov/portal/ as soon as possible to provide additional information about your inquiry. Providing additional information is optional, but can help make the interview more productive and efficient. You may add or edit the additional information up until you have your interview with EEOC. The information you provide is confidential and will not be disclosed to your employer during an investigation.

**ANSWERING THESE QUESTIONS IS NOT THE SAME AS FILING A CHARGE OF DISCRIMINATION.**

A charge of discrimination is a signed statement asserting that an organization engaged in employment discrimination. It requests EEOC to take remedial action. The laws enforced by EEOC, except the Equal Pay Act, require you to file a charge before you can file a lawsuit for unlawful discrimination. There are strict time limits for filing a charge.

To change or cancel your appointment, please log into the EEOC Public Portal and select the Schedule an Interview option for your inquiry.

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at digitalsupport@eeoc.gov and destroy all copies of the original message and attachments.*

 Gmail

Caitlin Weathers <j.weathersca@gmail.com>

## 460-2022-02396: Caitlin Weathers vs. Houston Methodist Hospital

**RAFAEL RIVERA** <RAFAEL.RIVERA@eeoc.gov>  Mon, Aug 1, 2022 at 3:44 PM
To: "J.weathersca@gmail.com" <J.weathersca@gmail.com>

Good afternoon,

Can you please provide a detailed timeline of events that led up to termination?

Thank you,

Rafael Rivera

Investigator Support Assistant

Phone: (346) 327-7719     Fax: (713) 651-4902



Caitlin Weathers <j.weathersca@gmail.com>

## 460-2022-02396: Caitlin Weathers vs. Houston Methodist Hospital

**Caitlin Weathers** <j.weathersca@gmail.com>     Mon, Aug 1, 2022 at 5:44 PM
To: RAFAEL RIVERA <RAFAEL.RIVERA@eeoc.gov>

(Rough draft) Timeline:

Started employment at HMH: 5/28/2019

1. 4/1/2021; Transferred to new department within capacity of PCA on WT 11 Neuro ICU
2. 6/7/2021; Completed PCA Elite Training and was signed off on skills by Rosario Alvarado
3. 7/17/2021 – 8/11/2021; Sunila Ali my hiring manager left for vacation
4. 7/25/2021 and 8/2/2021; Emailed Dante Macasaet the on-duty manager about workplace bullying with no response
5. 8/1/2021; Texted Sunila Ali about harassment with no response
6. 8/15/2021; Emailed Mariana Mondragon in HR about concerns
7. 8/17/2021; Texted Sunila Ali about harassment with response
8. 8/23/2021; Met with Sunila Ali and Mariana Mondragon about the issue for the first time

During my meeting with Sunila and Mariana, Sunila initiated the discussion with me by first presenting an opportunity for me to resign by asking:

1. "Are you sure you want to work here?"
2. "Do you really think this is a good fit for you?"
3. "Don't be surprised if the other employees don't want to work with you anymore"
4. "You're not a team player"
5. She also revealed that she knew (with certainty) that Cameron Shonk had feelings for me (something that was said to me before by Kim Randle)

[Quoted text hidden]

--
CW



## 460-2022-02396: Caitlin Weathers vs. Houston Methodist Hospital

**Caitlin Weathers** <j.weathersca@gmail.com>  Mon, Aug 1, 2022 at 7:26 PM
To: RAFAEL RIVERA <RAFAEL.RIVERA@eeoc.gov>

Does this offer enough information to get started?
[Quoted text hidden]

--
CW



Caitlin Weathers <j.weathersca@gmail.com>

## 460-2022-02396: Caitlin Weathers vs. Houston Methodist Hospital

**RAFAEL RIVERA** <RAFAEL.RIVERA@eeoc.gov>　　　　　　　　　　　　　　　　Tue, Aug 2, 2022 at 9:03 AM
To: Caitlin Weathers <j.weathersca@gmail.com>

Thank you,

I will be sending your charge shortly to collect signature. Before your termination, had you been placed on a performance improvement plan or had anyone in leadership coached you about your job performance?

**From:** Caitlin Weathers <j.weathersca@gmail.com>
**Sent:** Monday, August 1, 2022 5:44 PM
**To:** RAFAEL RIVERA <RAFAEL.RIVERA@EEOC.GOV>
**Subject:** Re: 460-2022-02396: Caitlin Weathers vs. Houston Methodist Hospital

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

[Quoted text hidden]



Caitlin Weathers <j.weathersca@gmail.com>

## 460-2022-02396: Caitlin Weathers vs. Houston Methodist Hospital

**Caitlin Weathers** <j.weathersca@gmail.com>  
To: RAFAEL RIVERA <RAFAEL.RIVERA@eeoc.gov>

Tue, Aug 2, 2022 at 10:16 PM

Yes, when I met with Mariana and Sunila together they issued a "PIP" plan but would not go over it with me as far as answering any questions for further information on what it implied or when I asked for more specifics on how it would look to achieve the things in the pip plan they wouldn't discuss it with me. So, no coaching. Just the issuance of the paperwork.

[Quoted text hidden]

--
CW



Caitlin Weathers <j.weathersca@gmail.com>

## 460-2022-02396: Caitlin Weathers vs. Houston Methodist Hospital

**RAFAEL RIVERA** <RAFAEL.RIVERA@eeoc.gov>　　　　　　　　　　　　　　　　Tue, Aug 2, 2022 at 9:22 AM
To: Caitlin Weathers <j.weathersca@gmail.com>

Good morning,

To view your charge documents, please log into your public portal account. Once logged in, the website will ask you if you want to make changes to your document. If you select "no," it will take you to the electronic signature page.

Thank you,

---

**From:** Caitlin Weathers <j.weathersca@gmail.com>
**Sent:** Monday, August 1, 2022 7:27 PM
**To:** RAFAEL RIVERA <RAFAEL.RIVERA@EEOC.GOV>
**Subject:** Re: 460-2022-02396: Caitlin Weathers vs. Houston Methodist Hospital

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Does this offer enough information to get started?

[Quoted text hidden]

 Gmail                                    Caitlin Weathers <j.weathersca@gmail.com>

## 460-2022-02396: Caitlin Weathers vs. Houston Methodist Hospital

**RAFAEL RIVERA** <RAFAEL.RIVERA@eeoc.gov>                Wed, Aug 3, 2022 at 8:43 AM
To: Caitlin Weathers <j.weathersca@gmail.com>

Good morning,

Your charge of discrimination is ready for your signature. Please log in to the EEOC Public Portal and click "view charge documents." The website will ask if you wish to make changes to it. To sign it, select "No" to making changes.

Thank you,

[Quoted text hidden]

**Charge Filing and Notice of Right-to-Sue Requirements**

If you plan to file a lawsuit under federal law alleging discrimination on the basis of race, color, religion, sex (including pregnancy, gender identity, and sexual orientation), national origin, age (40 or older), disability, genetic information, or retaliation, you first have to file a charge with the EEOC (except for lawsuits under the Equal Pay Act, see below).

We will give you a Notice of Right to Sue at the time the EEOC closes its investigation. You may also request a Notice of Right to Sue from the EEOC office investigating your charge if you wish to file a lawsuit in court before the investigation is completed (see below). This notice gives you permission to file a lawsuit in federal or state court.