# Exhibit B

|  |  |  |  |
|---|---|---|---|
|  |  | Hiring Team: | Edward Galvez/Vanessa Negrete |
|  |  | New Hire Email: | w6464329@student.hccs.edu |
|  |  | New Hire Phone #: | (832) 314-6357 |
| NEW HIRE: | Yes | RE-HIRE/Term Date: | TRANSFER: |
| NEO Start Date: | 05.28.2019 | NEO Location: HMH | Work Location: HMH |
| Employee Name: | Caitlin Weathers | NMO / ELITE | Patient Safety Only |
| Employee #: | 1061235 | Supervisor & Ext: | Shakindra Gonzales |
| Job Title: | Transporter | Shift: 2nd | Salary: $13.25/hr |
| Department: | Patient Transport | Job Status: PRN | Job Code: S370 |
| Dept/CC #: | 20204001 | Emp Status: Non - Exempt | Job ID: 45888 (Parent) |
| Business Unit #: | 40000 | Position #: 10004119 | Reg/Temp: Regular |

| | | | | |
|---|---|---|---|---|
| ___ | 1) | Sign on Bonus | Agreement: ___ | Amount: ___ |
| ___ | 2) | Relocation Assistance | Agreement: ___ | Amount: ___ |
| ___ | 3) | Employee Referral Bonus | Ref Emp Name: ___ | Amount: ___ |

| | | | | | |
|---|---|---|---|---|---|
| ___ | 1) | Demographics | Yes No | Required Items Per JD (diploma/degree/license/certificate/ YOE): |
| ___ | 2) | Offer Letter | Yes No | (1) High School diploma, G.E.D., or applicable experience required ✓ |
| ___ | 3) | Application/Resume | Yes No | (2) Exp working w/public & excellent communication skills required |
| ___ | 4) | Disclosure Agreement | Yes No | (3) Valid CPR certification |
| ___ | 5) | PreCheck Release | Yes No | (4) |
| ___ | 6) | Worker's Compensation | Yes No | (5) |
| ___ | 7) | Full Background Report | Yes No | (6) |
| ___ | 8) | NEO Checklist | Yes No | (7) |
| ___ | 9) | Job Description | Yes No | |
| ___ | 10) | HR Score Card | Yes No | |
| ___ | 11) | Copies of Required Lic/Cert | Yes No | |
| ___ | 12) | Confidentiality Agreement | Yes No | EE RECORDS / EIS |
| ___ | 13) | Employee Handbook Ack. | Yes No | |
| ___ | 14) | Transportation | Yes No | JUN 07 2019 |
| ___ | 15) | Payroll Consent Form | Yes No | |
| ___ | 16) | E-Card | Yes No | RECEIVED |
| ___ | 17) | Payroll Deduction | Yes No | |
| ___ | 18) | Medical Records | Yes No | |
| ___ | 19) | I-9 Form | Yes No | |

a) If Box 4 (Alien Authorized to Work) checked, complete FNIF & FNC forms and send to HR Immigration within 48 hrs

| | | | | |
|---|---|---|---|---|
| BG: | 04.29.2019 | 05.02.2019 | ___/___/___ | 4587248 |
| | Date Release Completed | Date BG Sent | Complete/Cleared | Background Report # |
| Physical: | ___/___ at ___ | ___/___/___ | ___/___/___ | ___/___/___   ___/___/___ |
| | EHC Appointment | Drug Screen Cleared | Tobacco Cleared | TB Cleared     Flu |
| ELM: | 04.30.2019 | ___/___/___ | ___/___/___ | |
| | MARS Email | Reminder Email | Date completed | |

NOTES: _____    | 25 |

Number of pages sent to EIS

HMH 00414



# EMPLOYEE INFORMATION FORM

**CURRENT DEMOGRAPHIC INFORMATION**

Social Security Number: [REDACTED]  
Date of Birth: [REDACTED]  
Legal Name (Last, First, Middle): Caitlin Julia Weathers  
Nickname:  
Email Address: W0464329@student.hccs.edu  
Mailing Address: 1839 Jacquelyn #323, HTX, 77055  
City, State, Zip Code: HTX 77055  
Primary Phone: 832-314-6357  Alternate Phone: —

**Marital Status (Please Check One)**  
☑ Single  ☐ Married  ☐ Widowed  ☐ Separated  ☐ Divorced

**Sex (Please Check One)**  
☐ Male  ☑ Female

**Ethnic Group (Please check all that apply)**  
*If this is your primary race, please check below:*

☐ Hispanic or Latino — ☐ A person of Cuban, Mexican, Puerto Rican, South or Central American or other Spanish culture or origin regardless of race.

☑ White — ☐ (Not Hispanic or Latino) A person having origins in any of the original peoples of Europe, the Middle East or North Africa.

☐ Black or African American — ☐ (Not Hispanic or Latino) A person having origins in any of the black racial groups of Africa.

☐ Native Hawaiian or other Pacific Islander — ☐ (Not Hispanic or Latino) A person having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

☐ Asian — ☐ (Not Hispanic or Latino) A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

☐ American Indian or Alaskan Native — ☐ (Not Hispanic or Latino) A person having origins in any of the original peoples of North and South America (including Central America), and who maintain tribal affiliation or community attachment.

☐ Declined to Identify

**EMERGENCY CONTACT NOTIFICATION**

Name (Last, First): Paul Weathers  
Mailing Address:  
City, State, Zip Code:  
Phone: 281-797-2282  Relationship: father

HRCS Revised 10/26/2016

HMH 00415



**VETERAN STATUS**

Houston Methodist is a Government contractor subject to the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended by the Jobs for Veterans Act of 2002, 38 U.S.C. 4212 (VEVRAA), which requires Government contractors to take affirmative action to employ and advance in employment: (1) disabled veterans; (2) recently separated veterans; (3) active duty wartime or campaign badge veterans; and (4) Armed Forces service medal veterans. These classifications are defined as follows:

- A "disabled veteran" is one of the following:

    - a veteran of the U.S. military, ground, naval or air service who is entitled to compensation (or who but for the receipt of military retired pay would be entitled to compensation) under laws administered by the Secretary of Veterans Affairs; or

    - a person who was discharged or released from active duty because of a service-connected disability.

- A "recently separated veteran" means any veteran during the three-year period beginning on the date of such veteran's discharge or release from active duty in the U.S. military, ground, naval, or air service.

- An "active duty wartime or campaign badge veteran" means a veteran who served on active duty in the U.S. military, ground, naval or air service during a war, or in a campaign or expedition for which a campaign badge has been authorized under the laws administered by the Department of Defense.

- An "Armed Forces service medal veteran" means a veteran who, while serving on active duty in the U.S. military, ground, naval or air service, participated in a United States military operation for which an Armed Forces service medal was awarded pursuant to Executive Order 12985.

Protected veterans may have additional rights under USERRA - the Uniformed Services Employment and Reemployment Rights Act. In particular, if you were absent from employment in order to perform service in the uniformed service, you may be entitled to be reemployed by your employer in the position you would have obtained with reasonable certainty if not for the absence due to service. For more information, call the U.S. Department of Labor's Veterans Employment and Training Service (VETS), toll-free, at 1-866-4-USA-DOL.

If you believe you belong to any of the categories of protected veterans listed above, please indicate by selecting the appropriate option below.

- ☐ I belong to the following classifications of protected veterans (choose all that apply):
    - ☐ Disabled Veteran
    - ☐ Recently Separated Veteran
    - ☐ Active Duty Wartime or Campaign Badge Veteran
    - ☐ Armed Forces Service Medal Veteran
- ☐ I am a protected veteran, but I choose not to self-identify the classifications to which I belong.
- ☐ I'm a veteran, but NOT a protected veteran.
- ☒ I am NOT a veteran.
    Military Discharge Date: _____

HRCS Revised 10/26/2016

HMH 00416



## VOLUNTARY SELF-IDENTIFICATION OF DISABILITY

*Why are you being asked to complete this form?*
Because we do business with the government, we must reach out to, hire, and provide equal opportunity to qualified people with disabilities. To help us measure how well we are doing, we are asking you to tell us if you have a disability or if you ever had a disability. Completing this form is voluntary, but we hope that you will choose to fill it out. If you are applying for a job, any answer you give will be kept private and will not be used against you in any way.

If you already work for us, your answer will not be used against you in any way. Because a person may become disabled at any time, we are required to ask all of our employees to update their information every five years. You may voluntarily self-identify as having a disability on this form without fear of any punishment because you did not identify as having a disability earlier.

*How do I know if I have a disability?*
You are considered to have a disability if you have a physical or mental impairment or medical condition that substantially limits a major life activity, or if you have a history or record of such an impairment or medical condition.

Disabilities include, but are not limited to:

- Blindness
- Deafness
- Cancer
- Diabetes
- Epilepsy
- Autism
- Cerebral palsy
- HIV/AIDS
- Schizophrenia
- Muscular dystrophy
- Bipolar disorder
- Major depression
- Multiple sclerosis (MS)
- Missing limbs or partially missing limbs
- Post-traumatic stress disorder (PTSD)
- Obsessive compulsive disorder
- Impairments requiring the use of a wheelchair
- Intellectual disability (previously called mental retardation)

Please select one of the options below:

☐ YES, I have a disability (or previously had a disability)
☐ NO, I don't have a disability
☒ I don't wish to answer

HRCS Revised 10/26/2016

HMH 00417



Dear **Caitlin Weathers,**                                                                                                    05/01/2019

Congratulations! On behalf of **Don Cormier** and the rest of the team, I am pleased to confirm our offer to you for the position of **Patient Transporter – PRN/Evenings** here at Houston Methodist. You are scheduled to begin employment and attend New Employee Orientation on **May 28, 2019.**

Houston Methodist provides a very competitive total compensation package. Please see the details of your compensation package below:

| Offer Component | Offer Amount | Currency | Frequency |
|---|---|---|---|
| Base Salary | $13.25 | USD | Hourly |
| Shift Differential 2nd (3p-11p) | 0.85 | USD | Hourly |
| Shift Differential 3rd (11p-7a) | 1.10 | UDS | Hourly |

You may also be eligible for other pay programs based on your position, work commitment, and organizational performance. Your manager can provide additional information about your eligibility for these programs as you become eligible. For your convenience and to ensure the timeliest receipt of your pay, you will be required to receive your bi-weekly pay through electronic direct deposit to an approved financial institution of your choice or on a payroll card provided by Houston Methodist.

You will be provided free parking at Smith Lands or free bus passes (either local or Park and Ride). You may also be eligible for a 403(b) and a Defined Contribution Plan for retirement.

Your employment is contingent upon the successful completion of several on-boarding processes including:

- Provision of documents that demonstrate proof of identity and authorization to work in the United States;
- Successful completion of a comprehensive background check (i.e. criminal activity, education, licensure, certification);
- Successful completion of a post job offer health screening - which includes a tuberculosis (TB) test, drug screen, and any other required health immunizations (an annual TB screening and influenza immunization are ongoing conditions of employment); Please note: effective January 1, 2013, Houston Methodist has implemented a non-tobacco usage hiring policy and post offer drug screens conducted on or after that date will also screen for use of nicotine. A positive test result for nicotine usage will result in your offer of employment being rescinded; and
- Successful completion of on-line training modules covering compliance and regulatory information for the healthcare environment. All training modules must be completed with a score of 100% no later than 12:00 pm (CST), the Monday before your first day of employment.

Attached you will find detailed information to assist you in completing these on-boarding processes so that you will be ready to start your career with Houston Methodist. Please note that if you are unable to complete all of the activities listed above by the expected completion dates, you will not be approved to attend New Employee Orientation and it may result in your offer of employment with Houston Methodist being revoked in its entirety. Please note that this offer letter is not an employment contract. If you become an employee of Houston Methodist, your employment will be

HMH 00418

at-will, which means either you or Houston Methodist may terminate your employment at any time, regardless of the length of service, with or without notice, and for any reason or no reason.

Houston Methodist values quality patient care and we look forward to your contributions. Please sign and return this offer letter to Human Resources within five business days. If you have any questions or need assistance during the on-boarding process, please feel free to contact me at the number below.

Sincerely,

Tracy Tillmon

713 441-5545

HR Recruiter - Human Resources

_____   __5-7-19_____
Signature                         Date

2

HMH 00419

## Application Details for Caitlin Weathers

### General Information

|  |  |
|---|---|
| Name | Caitlin Weathers |
| Applicant ID | 1360171 |
| Applicant Type | External Applicant |
| Applicant Status | 010 Active |
| Job Opening | 45888 - Transporter - Evenings |

### Resume Text

|  |  |
|---|---|
| Resume Title |  |
| Language Code |  |
| Resume Text |  |

### Contact Information

|  |  |
|---|---|
| Name Prefix |  |
| First Name | Caitlin |
| Middle Name |  |
| Last Name | Weathers |
| Name Suffix |  |
| Address | 1839 Jacquelyn Dr. #323<br>Houston, TX 77055 |
| Preferred Contact | Email |

### Phone Numbers

| Phone Type | Telephone | Extension | Country Code | Preferred |
|---|---|---|---|---|
| Home | 832/314-6357 |  |  | Yes |

### Email Addresses

| Email Type | Email Address | Preferred |
|---|---|---|
| Home | w6464329@student.hccs.edu | Yes |

### Personal Information

|  |  |
|---|---|
| POI Type | TMHS Pre-Hire Candidate |
| Eligible to Work in U.S. | No |
| Are you a former employee | No |
| Previous Termination Date |  |

05/21/2019         Application Details for Caitlin Weathers         1   1

HMH 00420

| Preferences | |
|---|---|
| Desired Start Date | |
| Regular/Temporary | Either |
| Full/Part-Time | Either |
| Willing to Relocate | No |
| Willing to Travel | No |
| Travel Percentage | Never or rarely |
| Desired Work Days | ☒ Monday  ☒ Tuesday  ☒ Wednesday  ☒ Thursday  ☒ Friday  ☐ Saturday  ☐ Sunday |
| Minimum Pay | 0.00 USD |
| Desired Shift(s) | |
| Hours Per Week | 40.00 |

| Geographic Preferences | |
|---|---|
| First Choice | |
| Second Choice | |
| Comments | |

| Referral Sources | |
|---|---|
| How did you learn of the job? | Employee |
| Additional Information | |
| Specific Referral Source | Invitation |

| Work Experience | |
|---|---|
| Start Date | 01/01/2016 |
| End Date | 04/29/2019 |
| Employer | UBER |
| Ending Job Title | Partner |
| Supervisor | |
| Ok to Contact? | Yes |
| Email | |
| Phone | Country Code |
| Ending Pay Rate | 0.00 USD Month |

|  |  |
|---|---|
| Job Duties and Responsibilities | Follow safety regulations and state laws. Perform for and deal directly with the public. Coordinate actions in relation to others. Reporting |
| Reason For Leaving | N/a |
| Address | Houston, TX |

### Education Level

| | |
|---|---|
| Highest Education Level | F-2-Year College Degree |

### HS/Cert/Degree

| | |
|---|---|
| Degree | Associate of Arts (AA) |
| Degree | High School Graduate (HS) |

### Licenses and Certifications

| | |
|---|---|
| License/Certification Type | CERT NURSING ASST (CNA) |

### References

| Reference | Title | Employer | Phone | Country Code |
|---|---|---|---|---|
| Cecilia Wilcox | Registered Nurse | Texas Oncology | 512/940-8198 | |
| Eric Weathers | Psychiatrist | OHSU Health | 512/484-0977 | |
| Shewanda Williams | Registered Nurse | Houston Community College | 281/989-8271 | |
| Vinicia White | Employment Specialist | The Women's Home | 936/933-5620 | |

05/21/2019         Application Details for Caitlin Weathers         3   3

HMH 00422



## APPLICANT ACKNOWLEDGEMENT AND AUTHORIZATION

I acknowledge receipt of the NOTICE REGARDING APPLICANT BACKGROUND INVESTIGATION and the SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT and certify that I have read and understand both of these forms.

I authorize THE METHODIST HOSPITAL SYSTEM and/or its affiliates (collectively, the TMHS) to obtain a consumer report and/or investigative consumer report or other background information used in connection with consideration of my application for employment. I release TMHS and its partners, stockholders, officers, directors, agents, employees, and affiliates from any and all liability for damages of whatever kind, which may arise from or relate to any consumer report and/or investigative report or other background information requested, obtained or used by TMHS in connection with my application for employment.

Print Name: Caitlin Weathers

Signature: C. W[signature]

Date: 5-10-19

HMH 00423

# Applicant/ Employee Information

APPLICANT's Information:

APPLICANT's FullName: Caitlin Julia Weathers   ClientName: The Methodist Hospital   SSN: xxx-xx-▮   Date Of Birth:[1] ▮   Email: J.WEATHERSCA@GMAIL.COM

Drivers License No:   DL State: Texas   Address as Appears on Driver License: 1839 Jacquelyn Dr. #323

Any Other Names Used 3: Caitlin  Weathers   Years Used:

Current Address: 1839 Jacquelyn Dr. #323 Houston, Texas, United States 77055 From: 09/2017

Country of residence: USA

My present employer may be contacted for verification of employment? yes

You MUST read this section carefully before answering the question below.

- Do not report a record of any arrest, detention, diversion, supervision, adjudication or court disposition that was subject to the process and jurisdiction of a juvenile court.
- Do not report any conviction that has been sealed, expunged, statutorily eradicated, annulled, dismissed, dismissed under a first offender's law, pardoned by the Governor or which state law allows you to lawfully deny as set forth below.
- You MUST review the state law information before answering.
- You are not required to disclose violations, infractions, petty misdemeanors (MN) or summary offenses (PA).
- By selecting either "Yes" or "No" below, you are stating that you have read the applicable state notices provided above and that you provide a true and accurate statement below.
- A conviction will not necessarily be a bar to employment. This information will only be used for job-related purposes consistent with applicable law and in determining whether the conviction is related to the job for which you are applying.
- If you answer "Yes" below, provide city, county, and state where offense occurred, conviction date and nature of the offense, along with sentencing information.

QUESTION: Have you ever been convicted of, plead guilty, no contest, or nolo contendere to a misdemeanor or felony?  No

Education:
Name of High School, College, University, or Institution of Professional Training where you completed the highest level: Houston Community College
Degree: Associate of Arts  Major/Studies:   Campus Name:   Campus City:   Campus State:   Campus Country:
Name under which you graduated:
Dates Attended:  Year Graduated:

Healthcare Licenses/Certification/Registry:
 License/Certification/Registry
Name: Caitlin Weathers  License Type: CNA  State: Houston Community College  Country: United States  License Number:

Additional Questions:
If you have lived or worked outside of the United States, please provide your mothers maiden name as it may be required for criminal record searches. N/a

## ADDITIONAL DISCLOSURES

Minnesota applicants or employees only:

HMH 00424

if you would like to receive a free copy of your report. The report will be mailed to your current address indicated above. : **NO**

**Oklahoma** applicants or employees only:
if you would like to receive a free copy of your report. The report will be mailed to your current address indicated above. : **NO**

**California** applicants or employees only:
if you would like to receive a free copy of your report. The report will be mailed to your current address indicated above. : **NO**

**California** required for CA applicants and employees:
All CA applicants or employees must acknowledge receipt of the Notice Regarding Background Investigations Pursuant to California Law. : **NO**

**New York** required for NY applicants and employees:
All NY applicants or employees must acknowledge receipt of Article 23-A of New York Correction Law. : **NO**

E-Signature: Caitlin Weathers
Signed from IP: 73.76.92.121 , Date Time: 4/29/2019 7:29:02 PM

Ver0218

HMH 00425

# Disclosure

**APPLICANT's Information:**

**APPLICANT's FullName:** Caitlin Julia Weathers   **ClientName:** The Methodist Hospital   **SSN:** xxx-xx-    **DOB:**
**Drivers License No:**   **DL State:** Texas

## DISCLOSURE REGARDING BACKGROUND INVESTIGATION

The Methodist Hospital ("the Company") may obtain information about you from a consumer reporting agency made in connection with your application for employment, contract for services, appointment, volunteering or clinical rotation. Thus, you may be the subject of a "consumer report" and/or an "investigative consumer report" which may include information about your character, general reputation, personal characteristics, and/or mode of living, and which can involve personal interviews. These reports may contain information regarding your credit history, criminal history, social security verification, motor vehicle records ("driving records"), verification of your education or employment history, or other background checks. You have the right, upon written request made within a reasonable time after receipt of this notice, to request disclosure of the nature and scope of any investigative consumer report. Please be advised that the nature and scope of the most common form of investigative consumer report obtained with regard to applicants for employment is an investigation into your education and/or employment history conducted by PreCheck, Inc., 3453 Las Palomas Rd. Alamogordo, NM 88310; 1(888)PreCheck [1-888-773-2432] or another outside organization. The scope of this notice and authorization is all-encompassing, however, allowing the Company to obtain from any outside organization all manner of consumer reports and investigative consumer reports now and throughout the course of your employment, contract, volunteering, privileges or appointment to the extent permitted by law.

**E-Signature:** Caitlin Weathers
**Signed from IP:** 73.76.92.121 , **Date Time:** 4/29/2019 7:29:02 PM

HMH 00426

# Authorization

APPLICANT's Information:

APPLICANT's FullName: Caitlin Julia Weathers   ClientName: The Methodist Hospital   SSN: xxx-xx-[redacted]   DOB: [redacted]
Drivers License No:   DL State: Texas

## ACKNOWLEDGMENT AND AUTHORIZATION

I acknowledge receipt of the DISCLOSURE REGARDING BACKGROUND INVESTIGATION and A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT and certify that I have read and understand both of those documents. I hereby authorize the obtaining of "consumer reports" and/or "investigative consumer reports" by the Company at any time after receipt of this authorization and throughout the term of my employment, contract or privileges, if applicable I consent to and authorize the Company throughout the term of my employment or contract, to share any consumer report received with a related entity or, if applicable, to share my report for business reasons including placing me at certain work sites, etc. To this end, I hereby authorize, without reservation, any law enforcement agency, administrator, state or federal agency, institution, school or university (public or private), information service bureau, employer, or insurance company to furnish any and all background information requested by PreCheck, Inc., 3453 Las Palomas Rd. Alamogordo, NM 88310; 1(888) PreCheck [1-888-773-2432] another outside organization acting on behalf of the Company, and/or the Company itself. I agree that a facsimile ("fax"), electronic or photographic copy of this Authorization shall be as valid as the original.

My present employer may be contacted for verification of employment? yes

*C. Weathers* (signature)

Signed from IP: 73.76.92.121 , Date Time: 4/29/2019 7:29:02 PM

Nevada Private Investigator License # 1618                                                                 Ver0218

HMH 00427

### Notice to Employees Concerning Workers' Compensation in Texas
### and
### Notice to New Employees

**COVERAGE:** Houston Methodist has workers' compensation insurance coverage from Safety National Casualty Corporation to protect you in the event of a work-related injury or illness. This coverage is effective from May 1, 2018. Any injuries or illnesses, which occur on or after that date, will be handled by Safety National Casualty Corporation – Third Party Administrator: York Risk Services Group. An employee or a person acting on the employee's behalf, must notify the employer of an injury or occupational disease not later than the 30th day after the date on which the injury occurs or the date the employee knew or should have known of an occupational disease, unless the Texas Department of Insurance, Division of Workers' Compensation (Division) determines that good cause existed for failure to provide timely notice. Your employer is required to provide you with coverage information, in writing, when you are hired or whenever the employer becomes, or ceases to be, covered by workers' compensation insurance.

You may elect to retain your common law right of action if, no later than five days after you begin employment or within five days after receiving written notice from the employer that the employer has obtained workers' compensation insurance coverage, you notify your employer in writing that you wish to retain your common law right to recover damages for personal injury. If you elect to retain your common law right of action, you cannot obtain workers' compensation income or medical benefits if you are injured.

**EMPLOYEE ASSISTANCE:** The Division provides free information about how to file a workers' compensation claim. Division staff will answer any questions you may have about workers' compensation and process any requests for dispute resolution of a claim. You can obtain this assistance by contacting your local Division field office or by calling 800.252.7031. The Office of Injured Employee Counsel (OIEC) also provides free assistance to injured employees and will explain your rights and responsibilities under the Workers' Compensation Act. You can obtain OIEC's assistance by contacting an OIEC customer service representative in your local Division field office or by calling 866-EZE-OIEC (866.393.6432).

**SAFETY VIOLATIONS HOTLINE:** The Division has a 24 hour toll-free telephone number for reporting unsafe conditions in the workplace that may violate occupational health and safety laws. Employers are prohibited by law from suspending, terminating, or discriminating against any employee because he or she in good faith reports an alleged occupational health or safety violation. Contact the Division at 800.452.9595.

I have read and understand the above information:

Caitlin Weathers
Employee's Name (print)

1061235
Employee ID


Employee's Signature

_____
Date

_____
Department Name

**HOUSTON Methodist**
LEADING MEDICINE

HR Benefits/Version 3/ Rev. 5/2018

HMH 00428