Nathan Ochsner

Clerk of Court

P.O. Box 61010

Houston, TX 77208

United States Courts
Southern District of Texas
FILED

SEP 18 2023

Nathan Ochsner, Clerk of Court

Caitlin Weathers

2425 Capitol ST #2143

J.weathersca@gmail.com

(832) 314-6357

*Plaintiff Pro Se*

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

Caitlin Weathers

v.                                                                                              Case Number: 4:22-CV-04085

Houston Methodist Hosptial

## LETTER OF REQUEST FOR MONETARY RELIEF AS INDIGENT LITIGANT

## CONFIDENTIAL

The purpose of this letter is to make a formal request for monetary relief in the amount of $158.50 as of 9/11/2023. Additionally, I find it necessary to request a PACER exemption to obtain free access to PACER Account Services. I am a Pro Se Litigant who was granted orders to proceed without paying any court costs "In Forma Pauperis" on 11/16/2022 by Judge Charles Eskridge. I am unable to pay court fees currently (including pacer account access) due to medical

illness which has caused me to be unable to work currently. I am on a Leave of Absence and am earning no income. I have applied for Short-term Disability in the interim and am awaiting approval. I was admitted into the hospital three times in the last month and have yet to see a specialist for further review. This has been exceedingly difficult as to finding adequate healthcare providers who are able and willing to treat me due to a conflict of interest arising from the circumstances of this court case. Please see supporting documentation.

Sincerely,

9/11/2023

Caitlin Weathers

AO 240A (Rev. 01/09) Order to Proceed Without Prepaying Fees or Costs

United States District Court
Southern District of Texas
~~ENTERED~~
November 16, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| Caitlin Weathers | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-mc-01978 |
| Houston Methodist and Sunila Ali | ) |
| *Defendant* | ) |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☒ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

---

Date: November 16, 2022                            _Ch R Eshridge_
                                                    *Judge's signature*

                                                    Hon. Charles Eskridge, United States District Judge
                                                    *Printed name and title*

10:58 ☾                                                    ₊₊₊ 5G E 🔋

◀ Search

~~temporarily unavailable.~~

🇺🇸 An official website of the United States government. Here's how you know. ⌄


Public Access To Court Electronic Records

 MENU


Login

Your browser must be set to accept cookies to log in to this site. If your browser is set to accept cookies and you are experiencing problems with the login, delete the stored cookie file in your PC. Close and reopen your browser before trying again.

**🔊 Logged in as Caitlin Weathers**

Your PACER account has been disabled due to non-payment. You do not have search privileges and can not search the PCL.

**Client Code**

[                                    ]

**Court**

[ PACER Case Locator                ⌄]

 

**Not** Caitlin Weathers?

Click here to log in as a different user.

 pacer.login.uscourts.gov

11:20  📶 5G E

# When is PACER Free?

1. You are a party in a case and receive a Notice of Electronic or Notice of Docket Activity (one free copy) from a court.
2. You view case information at any federal courthouse.
3. You are an individual or group who was granted a fee exemption.
4. Court opinions are always free.

# Fee Exemptions

Courts may exempt individuals or groups, such as indigents, pro bono attorneys, academic researchers, and non-profit organizations from paying a fee

↑ Back to top

🔒 pacer.uscourts.gov



Docket Activity (one free copy) from a court.

2. You view case information at any federal courthouse.

3. You are an individual or group who was granted a fee exemption.

4. Court opinions are always free.

## Fee Exemptions

Courts may exempt individuals or groups, such as indigents, pro bono attorneys, academic researchers, and non-profit organizations from paying a fee, upon request to the court. Learn more about <u>fee exemptions for academic researchers</u>. Learn more about <u>fee exemptions for other eligible parties.</u>

The PACER Servi... ↑ Back to top

🔒 pacer.uscourts.gov

Caitlin Weathers
2425 Capitol St. #2143
Houston, TX 77003

NORTH HOUSTON TX 773
15 SEP 2023 PM 1 L

Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED

SEP 18 2023

Nathan Ochsner, Clerk of Court

77208-101010