UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAITLIN WEATHERS, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:22-CV-04085 |
| HOUSTON METHODIST HOSPITAL AND SUNILA ALI, | § § § § | |
| Defendants. | § | |

**SECOND JOINT MOTION AND STIPULATION TO EXTEND DEADLINES**

Pursuant to Rule VIII of this Court's Procedures, the parties respectfully request and jointly move the Court to extend the remaining deadlines in this case as set forth in the Court's Scheduling and Docket Control Order entered July 31, 2023.[1]

On May 22, 2023, Defendants Houston Methodist Hospital and Sunila Ali submitted their Motion for Summary Judgment, seeking to dispose of all of Plaintiff's claims.[2] On May 31, 2023, this Court ordered that Plaintiff file a response to Defendants' Motion for Summary Judgment on the issues of (1) whether Plaintiff's EEOC charge was timely submitted and (2) whether individual Defendant Sunila Ali is a proper party under Title VII on or before June 21, 2023.[3] The Court further ordered that Plaintiff file a response to the remaining arguments raised in Defendants' Motion for Summary Judgment within 21 days of any Order of the Court

---

[1] Dkt. 44.

[2] Dkt. 31.

[3] Dkt. 33.

denying Defendants' Motion for Summary Judgment.[4] Plaintiff filed her response on June 21, 2023.[5] Defendants filed their reply on June 28, 2023.[6] The Court granted the Parties' Joint Motion and Stipulation to Extend Deadlines on July 31, 2023,[7] enabling the parties to conduct additional discovery concerning Plaintiff's claims against Defendants.

Since that time, the parties have engaged in written discovery and Defendants have noticed Plaintiff's deposition for Friday, October 13, 2023. Plaintiff has noticed the deposition of Defendant Sunila Ali for October 27, 2023. Plaintiff has also requested the deposition of Defendant Houston Methodist Hospital's corporate representative on 85 separate topics. In addition, Plaintiff states that she has endured multiple hospital stays over the last few months, which has hindered her ability to conduct discovery. Given the imminent discovery deadline on October 30, 2023, the parties seek an extension of all remaining deadlines in this case by a period of at least thirty (30) days so that the remaining depositions and written discovery in this matter may be completed.

Continuing the remaining deadlines in the July 31st Scheduling Order would not prejudice any of the parties in this case or inconvenience the Court because the parties have stipulated to extend the remaining deadlines in this matter and are unopposed to such extension. Therefore, the parties jointly request that the remaining deadlines in the Court's Scheduling and Docket Control Order entered July 31, 2023 be extended as follows:

---

[4] *Id.*

[5] Dkt. 37.

[6] Dkt. 38.

[7] Dkt. 44.

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Discovery | October 30, 2023 | November 29, 2023 |
| Dispositive and Non-Dispositive Motions | November 16, 2023 | December 18, 2023 |
| Mediation | December 28, 2023 | January 29, 2023 |
| Joint Pretrial Order and Motions in Limine | April 4, 2024 | May 6, 2024 |
| Pretrial Conference | April 10, 2024 | May 10, 2024 |
| Trial | April 15, 2024 | May 15, 2024 |

For these reasons and good cause shown, the parties request that the Court modify the scheduling order as set forth above. For the Court's convenience, a proposed form of order is submitted herewith.

Respectfully submitted,

By: /s/ *Caitlin Julia Weathers (with permission)*
Caitlin Julia Weathers
j.weathersca@gmail.com
2425 Capitol Street
# 2143
Houston, Texas 77003
Phone: (832) 314-6357
*Pro se*

By: /s/ *Daniel Patton*
Daniel Patton
Federal Bar No. 26200
Texas Bar No. 24013302
dpatton@scottpattonlaw.com
ATTORNEY IN CHARGE
Patrick M. Palmer II
Federal Bar No. 3542529
Texas Bar No. 24116871
palmer@scottpattonlaw.com
OF COUNSEL
SCOTT PATTON PC
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone: (281) 377-3311
Fax:    (281) 377-3267
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on October 6, 2023 a true and correct copy of the Parties' *Second Joint Motion and Stipulation to Extend Deadlines* was served on all counsel of record by the Court's ECF filing system.

/s/ *Patrick Palmer*
Patrick M. Palmer II