IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAITLIN WEATHERS, *Plaintiff,* § § § | |
| V. § | CIVIL ACTION NO. 4:22-CV-4085 |
| § § | |
| HOUSTON METHODIST HOSPITAL, ET AL., *Defendants.* § § § | |

## **ORDER**

Plaintiff, who is proceeding pro se and in forma pauperis in this employment discrimination case, has been granted permission to use the court's electronic filing system to file documents in this case. ECF 27. Plaintiff has filed a Motion for Monetary Relief seeking reimbursement of $158.50 as of September 11, 2023 for costs she has incurred using PACER. ECF 46. Plaintiff does not specify what the charges were for, but because PACER does not charge account holders to view docket sheets or linked documents online, the Court presumes the $158.50 was incurred for printing.

The Court issued an Order on November 16, 2022 allowing Plaintiff to proceed without prepaying fees or costs pursuant to 28 U.S.C. § 1915. Civil Action No. 4:22-MC-01978 (ECF 2). Section 1915 does not cover all costs a plaintiff may incur in litigation, but only court filing fees and cost of service. *See id.* The Clerk's

office has informed the Court that PACER may have a procedure for in forma pauperis litigants to request an exemption from fees for certain services, however a request for such an exemption must be made directly to PACER, not the Court. It is therefore

    ORDERED that Plaintiff's Motion for Monetary Relief is DENIED.

Signed on October 10, 2023, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge