United States District Court
Southern District of Texas
**ENTERED**
October 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAITLIN WEATHERS, *Plaintiff,* § § § | |
| V. § | CIVIL ACTION NO. 4:22-CV-4085 |
| § | |
| HOUSTON METHODIST HOSPITAL, ET AL., *Defendants.* § § § | |

# **FINAL JUDGMENT**

In accordance with the Summary Judgment Opinion and Order issued this day, it is hereby

ORDERED that Plaintiff Caitlin Weathers's claims against Defendants Houston Methodist Hospital and Sunali Ali are DISMISSED WITH PREJUDICE.

Each party shall pay its own costs and fees. This is a Final Judgment.

Signed on October 10, 2023, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge