United States Courts
Southern District of Texas
**FILED**

OCT 26 2023

Nathan Ochsner, Clerk of Court

Case No. 4:22-CV-04085
Form 1B

### Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court

United States District Court for the Southern District of Texas
Docket Number 49, 50, 51, 52

| Caitlin Weathers, Plaintiff | |
|---|---|
| v. | Notice of Appeal |
| Houston Methodist Hospital, Sunila Ali Defendant | |

Caitlin Weathers appeals to the United States Court of Appeals for the 5th Circuit from the order granting summary judgment, dismissing the case with prejudice, and terminating the case, entered on October 10, 2023.

(s) *[signature]*

2425 Capitol St. # 2143
Houston, TX 77003
*J.weathersca@gmail.com*
*(832) 314-6357*