Case 4:22-cv-04085   Document 79   Filed on 04/08/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAITLIN WEATHERS,<br>*Plaintiff,*<br><br>V.<br><br>HOUSTON METHODIST<br>HOSPITAL, ET AL.,<br>*Defendants.* | §<br>§<br>§<br>§ CIVIL ACTION NO. 4:22-CV-4085<br>§<br>§<br>§<br>§ |

# ORDER

Before the Court is Plaintiff's Motion for Default Judgment.[1] ECF 75. Federal Rule of Civil Procedure 55(a) permits entry of default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Entry of default is a prerequisite to a default judgment. FED. R. CIV. P. 55(b).

There is no basis for entry of default or default judgment in this case. Although they have not yet filed an Answer due to the procedural posture of the case, Defendants have been actively and diligently defending this case since its filing in 2022. Defendants' Motion for More Definite Statement (ECF 67) is pending before the Court. It is therefore

---

[1] The parties have consented to the jurisdiction of this Magistrate Judge for all purposes including final judgment. ECF 25.

ORDERED that Plaintiff's Motion for Default Judgment (ECF 75) is DENIED.

Signed on April 08, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge