NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA.

Cause Number 4:22-CV-04085
Print cause number and other court information exactly as it appears on the petition filed in this case.

Caitlin Weathers
**Plaintiff**

In the (check one):
☑ District Court
Court Number ☐ County Court at Law
☐ Constitutional County Court
☐ Justice Court (JP)

v.

Houston Methodist     Harris     County, Texas
**Defendant (Print Full Name)**

# Motion to Appear in Court Remotely

I am filing this Motion to Appear Remotely in Court Proceeding. The information the Court needs about my request is below.

## 1. Authority

Under Texas Rule of Civil Procedure 21d, this court may allow or require a participant involved in a court proceeding, which means an appearance before the court, such as a hearing or trial, to participate remotely, such as by teleconference, videoconference, or other available electronic means, subject to the limitations set forth in Rule 21d(b)(2).

**Check only if your case is in justice court (small claims, JP, eviction, etc.).**
☐ Under Texas Rule of Civil Procedure 500.10, a judge may allow or require a participant to appear at a court proceeding by videoconference, teleconference, or other available electronic means.

## 2. Information about the Parties

**Movant**
**You**
I am the Movant—the person filing this motion to appear remotely. I am representing myself. I do not have a lawyer.

My name is: Caitlin Weathers
*Print your full name.*

I live at: 2425 Capitol St., #2143, HTx 77003
*Print your address.*

My email address is: j.weathersca@gmail.com
My phone number is: (832) 314-6357

I am the child(ren)'s:   ☐ Parent   ☐ _____

Check one.                                            Other: Please explain. _____

I am the child(ren)'s:    ☐ Joint Managing Conservator.    ☐ Possessory Conservator.
Check one.               ☐ Sole Managing Conservator.    ☐ Other: _____

### Respondent 1

Respondent 1's name is: __Houston Methodist Hospital__
                        Print Respondent 1's full name.

Respondent 1 lives at: __6565 Fannin__
                       Print Respondent 1's address
                       __Houston, TX  77030__

Respondent 1's email is: __dpatton@scottpattonlaw.com__

Respondent 1's phone number is: __(281) 377-3286__

### Respondent 2 (Complete only if applicable.)

Respondent 2's name is: __Sunila Ali__
                       Print Respondent 2's full name.

Respondent 2 lives at: __//__
                       Print Respondent 2's address
                       __//__

Respondent 2's email is: _____

Respondent 2's phone number is: __//__

### 3. Agreement

☐ The parties have agreed to this motion and will submit an agreed order to the Court for approval. (If the parties all agree to this, everyone should sign the last page of this motion.)
☑ The parties have not agreed to this motion.

### 4. ☐ Request for Remote Participation in Proceedings. (Check if applicable)

I ask the Court to allow remote appearance in the following hearing or trial because:
(Write why you are asking the court to allow remote participation) __I have received a job offer out of state located over 1,000 miles away from the district courthouse at 515 Rusk St, HTX, 77002__

I ask that the Court allow participants involved in a proceeding in this case—including but not limited to a party, attorney, witness, or court reporter, but not including a juror—to participate remotely, such as by teleconferencing, videoconferencing, or other means.

For each proceeding, the Court should specify:

1) Which means of remote participation are permitted;

2) Who is responsible for setting up the means for each person to participate remotely;

3) How the public can access the proceedings, if the proceedings are required to be open to the public;

4) If the parties must provide the Court with an electronic copy of all orders, pleadings, returns of citations, and other documents filed with the district clerk that are relevant to the hearing or conference, the address to which the parties must e-mail those documents, either as attachments to the e-mail or accessible through an e-mailed link to a cloud storage service, and the deadline for e-mailing the documents;

5) The address to which each party must e-mail the party's exhibits to the Court before a hearing or conference, either as attachments to the e-mail or accessible through an e-mailed link to a cloud storage service specified by the Court, the format(s) the Court requires the exhibits to be in (for example, PDF), the manner in which the subject line of the e-mail is to be presented, the deadline for e-mailing the exhibits, and whether the party must copy on this e-mail all other parties who have filed pleadings or otherwise made an appearance in the suit;

6) The other documents (for example, financial information statement, pay statements, tax returns with redacted Social Security numbers) the Court requires each party to e-mail to the Court before the hearing or conference, either as attachments to the e-mail or accessible through an e-mailed link to a cloud storage service specified by the Court, the format(s) the Court requires the documents to be in, the deadline for e-mailing the documents, and whether the party must copy on this e-mail all other parties who have filed pleadings or otherwise made an appearance in the suit;

7) If a party wants the Court to consider certain statutory or case law, the format(s) the Court requires the documents to be in, the deadline for e-mailing the documents, and whether the party must copy on this e-mail all other parties who have filed pleadings or otherwise made an appearance in the suit; and

8) The consequences to a party if the party fails to comply with subsections (4), (5), (6), and (7).

## 5. ☑ Request to Appear Away from Court's Usual Location

I ask that the Court, after reasonable notice and access to the participants and the public, conduct proceedings away from the court's usual location.

6. ☑ **Request to Consider Sworn Statements and Unsworn Declarations As Evidence** (check if applicable)

I also ask that the Court consider as evidence sworn statements and unsworn declarations made out of court. Unless waived by each party, the Court should require each out-of-court sworn statement and unsworn declaration to be served on each party not less than 5 days before the hearing in which it is to be considered as evidence. Unless waived by each party, the Court should require an out-of-court sworn statement or unsworn declaration offered as rebuttal evidence to be served on each party not less than 3 days before the hearing in which it is to be considered as rebuttal evidence.

**Prayer**

I ask that the Court grant this Motion to Appear in Court Remotely and that the Court make all other and further orders that are deemed necessary and equitable for proceedings in this suit.

_C. Xxeathort_
Sign your name here—should match "movant" info from Page 1

☑ **Certificate of Conference** (check if applicable)

I certify that a reasonable effort has been made to resolve the issues addressed in this motion without the necessity of court intervention and has failed.

_C. Xxeathort_
Sign your name here—should match "movant" info from Page 1

☐ **Notice of Hearing** (check if applicable)

The above motion is set for hearing by:

☐ telephone
☐ other remote means, specifically _____

on _____ (date) at _____ (time).

SIGNED on _____ (date).

_____
Judge or Clerk

## Certificate of Service

I certify that I delivered a copy of this document to each party in this case, or if a party is represented by a lawyer, to the party's lawyer, by: **(Check one.)**

☐ Hand delivery to the other party or parties: _____

☐ Hand delivery to the other party's lawyer: _____

☑ Email to this email address: dpatton@scottpattonlaw.com

☐ Certified mail, return receipt requested to this address: **(Note: This method may take too long.)**
_____

☐ Commercial delivery service (for example FedEx) to this address:
_____

☐ Fax to fax #: _____

☐ Electronic service through the electronic filing manager. **(Note: The method is required if you electronically file (e-file) this document and the email address of your spouse or your spouse's attorney is on file with the electronic file manager.)**

▶ _C. Weelhott_ (signature)    _April 18, 2025_
**Signature of Movant**                **Date**