UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAITLIN WEATHERS, | § § § § | |
| *Plaintiff*, | | |
| vs. | § § § § § § § § | CIVIL ACTION NO. 4:22-CV-04085 |
| HOUSTON METHODIST HOSPITAL, | | |
| *Defendant*. | | |

## DECLARATION OF SUNILA ALI

Sunila Ali, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. "I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge and it true and correct.

2. My name is Sunila Ali. I am currently Director of Neurosurgical Intensive Care and Unit Director of Guest Relations and Service Quality for Houston Methoidst Hospital ("Houston Methodist").

3. I am authorized to make this Declaration for and on behalf of Houston Methodist, and I make this Declaration for that reason. I state further that there is no single person employed or otherwise connected with Houston Methodist who has personal knowledge of all the facts and information requested herein; that said answers were prepared with the assistance and advice of counsel and the assistance of various employees and/or representatives of Houston Methodist upon which I have relied; that the factual information contained in the answers to Interrogatories 1-17, subject to inadvertent or undiscovered errors, is based on and, therefore, necessarily limited by the records and information still in existence, presently recollected and thus far discovered in the course of preparation of the answers; that the foregoing answers are thus based upon corporate knowledge and are true and correct to the best of my knowledge and belief; that consequently, Houston Methodist reserves the right to make any changes in the answers if it appears at any time that omissions or errors have been made therein or that more accurate information becomes available; and that subject to the limitations set further herein, I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

4. I declare under penalty of perjury that the foregoing is true and correct."

Executed on __04/16_____, 2025.

*Sunila Ali*
Sunila Ali (Apr 16, 2025 12:17 CDT)
SUNILA ALI

# HMH ROG Declaration_Weathers_FINAL

Final Audit Report                                                                                          2025-04-16

| | |
|---|---|
| Created: | 2025-04-14 |
| By: | Michael Burke (mburke@scottpattonlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAmi8lqnA31zSEzyhLj5RBTQzWcRDKiWqZ |

## "HMH ROG Declaration_Weathers_FINAL" History

- Document created by Michael Burke (mburke@scottpattonlaw.com)
  2025-04-14 - 8:55:05 PM GMT

- Document emailed to Sunila Ali (skali@houstonmethodist.org) for signature
  2025-04-14 - 8:55:09 PM GMT

- Email viewed by Sunila Ali (skali@houstonmethodist.org)
  2025-04-16 - 5:06:32 PM GMT

- Document e-signed by Sunila Ali (skali@houstonmethodist.org)
  Signature Date: 2025-04-16 - 5:17:16 PM GMT - Time Source: server

- Agreement completed.
  2025-04-16 - 5:17:16 PM GMT

Adobe Acrobat Sign