IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAITLIN WEATHERS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-04085 |
| | § | |
| HOUSTON METHODIST HOSPITAL, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

BEFORE THE COURT is Plaintiff's Motion for Virtual Hearing and Conferences [Dkt. No. 82]. Having duly considered the Motion, as well as for good cause shown, it is therefore

ORDERED that Plaintiff's Motion for Virtual Hearing and Conferences [Dkt. No. 82] is DENIED.

SIGNED on _____, 2025 at Houston, Texas.


_____
Hon. Christina A. Bryan
United States Magistrate Judge