IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAITLIN WEATHERS, *Plaintiff,* | § § § |
| V. | § CIVIL ACTION NO. 4:22-CV-4085 § |
| HOUSTON METHODIST HOSPITAL, ET AL., *Defendants.* | § § § § |

# **ORDER**

Before the Court is Plaintiff's Motion for Virtual Hearing and Conferences.[1] ECF 82. Plaintiff represents that she has accepted a job located 1,172 miles from the U.S. Courthouse in Houston. *Id.* There are currently no hearings or conferences with the Court set in this case. The Court will consider allowing Plaintiff to appear by video at future Court settings upon request. However, Plaintiff must appear in person if this case proceeds to trial.

Defendant objects to Plaintiff's Motion to the extent she is seeking an order allowing her to appear remotely for her deposition. ECF 85. Plaintiff's Motion does not mention her deposition expressly, but she does cite Federal Rule of Civil Procedure 30(b)(4), which provides that the parties may stipulate, or the court may

---

[1] The parties consented to the jurisdiction of this Magistrate Judge for all purposes including final judgment. ECF 25.

order, that a deposition be taken by remote means. Plaintiff's Motion indicates her job begins May 21, 2025 but she does not state when she plans to leave town. ECF 82. The parties must confer promptly in an attempt to schedule a deposition on an acceptable date and location. The Court can arrange upon request for the deposition to take place at the Courthouse. It is therefore

ORDERED that Plaintiff's Motion for Virtual Conferences is GRANTED IN PART. Plaintiff may appear remotely for Court settings and conferences other than trial unless the Court orders otherwise. It is further

ORDERED that the parties must confer within 5 days regarding the date and location for Plaintiff's deposition. If they cannot agree, they may request a discovery dispute conference with the Court, which will be conducted by Zoom.

Signed on May 09, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge