United States District Court
Southern District of Texas
**ENTERED**
August 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAITLIN WEATHERS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:22-CV-4085 |
| HOUSTON METHODIST HOSPITAL, ET AL., *Defendants.* | § § § § | |

## ORDER

Before the Court is Defendant's Motion to Vacate the Scheduling Order.[1]
ECF 94. Plaintiff has filed a Response in opposition. ECF 95. The current Amended
Scheduling Order, entered October 21, 2024, set the discovery deadline for July 30,
2025, the dispositive motion deadline for August 29, 2025, and trial for January 12,
2026. ECF 63. There are currently eight pending ripe motions before the Court, as
well as requests for assistance in resolving discovery disputes. ECF 67, 69, 70, 71,
74, 80, 84, 90, 91, 92. Although the Plaintiff is understandably frustrated by the
slow pace of this litigation, the current schedule is no longer viable. It is therefore

ORDERED that Defendant's Motion to Vacate (ECF 94) is GRANTED. The
Amended Scheduling Order (ECF 63) is VACATED. The Court will set a status

---

[1] The parties consented to the jurisdiction of this Magistrate Judge for all purposes including final judgment. ECF 25.

and scheduling conference or issue a new Amended Scheduling Order as appropriate after ruling on all pending motions.

This Order does not stay the case and does not prohibit the parties from engaging in discovery, including efforts to resolve disputes, or mediation.

Signed on August 13, 2025, at Houston, Texas.

_____
Christina A. Bryan
United States Magistrate Judge