IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAITLIN WEATHERS, <br> *Plaintiff,* <br><br> V. <br><br> HOUSTON METHODIST <br> HOSPITAL, ET AL., <br> *Defendants.* | § <br> § <br> § <br> § CIVIL ACTION NO. 4:22-CV-4085 <br> § <br> § <br> § <br> § |

## **ORDER**

On December 4, 2024, the Court granted Plaintiff leave to file a First Amended Complaint, which was docketed the same day.[1]  ECF 65; ECF 66. Defendants filed a Motion for More Definite Statement.  ECF 67.  Plaintiff filed a "Motion to Strike in Opposition to Defendants' Motion for More Definite Statement," which the Court construes as her Response.  ECF 68.  Plaintiff then filed a second "Motion to Strike in Opposition to Defendants' Motion for More Definite Statement," docketed as a "Corrected Motion to Correct" ECF 68 (ECF 69); an amended Complaint for Employment Discrimination, docketed as a "Corrected Motion to Correct" ECF 66 (ECF 70); and "Motion to Correct Form," asking the Court to omit page 18 of the original Response, ECF 68 (ECF 71).

---

[1] The parties consented to the jurisdiction of this Magistrate Judge for all purposes including final judgment.  ECF 25.

Although the Court does not find the requested correction necessary, Plaintiff's Motion to Correct Form (ECF 71) will be granted as Plaintiff requests. The Corrected Motion to Correct docketed at ECF 69 does not seek any affirmative relief and appears to be duplicative of ECF 68. The document docketed as ECF 70 is not a motion but is an improper amended complaint filed without leave of Court. It is therefore

ORDERED that Plaintiff's "Corrected Motion to Correct" (ECF 71) is GRANTED. The Court will disregard page 18 of Plaintiff's Response (ECF 68). It is further

ORDERED that Plaintiff's "Corrected Motion to Correct" (ECF 69) is terminated as moot. It is further

ORDERED that Plaintiff's "Corrected Motion to Correct" ECF 70) is DENIED and will be STRUCK from the record because it was filed without leave of Court. Plaintiff's Amended Complaint (ECF 66) remains her operative pleading pending further Order of the Court.

Signed on August 13, 2025, at Houston, Texas.

_____
Christina A. Bryan
United States Magistrate Judge