IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAITLIN WEATHERS, *Plaintiff,* § § § | |
| V. § | CIVIL ACTION NO. 4:22-CV-4085 |
| § | |
| HOUSTON METHODIST HOSPITAL, ET AL., *Defendants.* § § § | |

# **ORDER**

On April 8, 2025, the Court denied Plaintiff's Motion for Default Judgment.[1] ECF 79.  On April 14, 2025, Plaintiff filed a Motion for Reconsideration.  ECF 80.  Because the Court's Order denying default judgment is interlocutory and does not dispose of all issues and parties in this case, Plaintiff's Motion for Reconsideration is governed by Federal Rule of Civil Procedure 54(b).  *Austin v. Kroger Texas, L.P.*, 864 F.3d 326, 336 (5th Cir. 2017).  Under Rule 54(b), "the trial court is free to reconsider and reverse its decision for any reason it deems sufficient, even in the absence of new evidence or an intervening change in or clarification of the substantive law."  *Id.*

---

[1] The parties consented to the jurisdiction of this Magistrate Judge for all purposes including final judgment.  ECF 25.

Plaintiff's Motion and her Reply (87) fail to provide any sufficient reason for the Court to reconsider its ruling. Plaintiff's Motion for Default Judgment remains denied for the reasons stated in the April 8, 2025 Order. ECF 79. It is therefore

ORDERED that Plaintiff's Motion for Reconsideration (ECF 80) is DENIED.

Signed on August 13, 2025, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge