United States District Court
Southern District of Texas
**ENTERED**
August 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAITLIN WEATHERS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:22-CV-4085 |
| HOUSTON METHODIST HOSPITAL, ET AL., *Defendants.* | § § § § | |

## **ORDER**

Before the Court is Plaintiff's Motion to Exclude Testimony of Defendant's Expert Witness.[1] ECF 74. On March 12, 2025, Lucas David Novick filed a Notice of Appearance to be added to the docket as an attorney of record for Defendants. ECF 73. A few days later, Plaintiff filed her Motion to Exclude contending that it is far too late for Defendant to designate an expert witness. ECF 74. Novick is not appearing as a testifying, retained expert in this case but as counsel. *See* ECF 73. It is therefore

ORDERED that Plaintiff's Motion to Exclude is DENIED.

Signed on August 13, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The parties consented to the jurisdiction of this Magistrate Judge for all purposes including final judgment. ECF 25.