IN THE UNITED STATES COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CAITLIN WEATHERS

    Plaintiff,

VS.                                                            Case No. 4:22-cv-04085

HOUSTON METHODIST HOSPITAL, ET AL.,

    Defendants.

### PRO SE MOTION TO CLARIFY PRIOR COURT ORDER

**THE UNDERSIGNED party moves the Court for an order CLARIFYING a prior order of the Court per FRCP 60(b).**

**1. The court entered an order on 8/13/2025 that said:** Defendants' Request for a Discovery Conference and Plaintiff's Motion for a Discovery Dispute Conference are DENIED. (Dkt 101) Citing a previous order where the parties are to confer and set a date and location. ECF 88. Additionally, the Plaintiff's motion for Virtual Hearing and Conferences was GRANTED on May 12, 2025, stating that, "Plaintiff may appear remotely for Court settings and conferences other than trial unless the Court orders otherwise." (Dkt 88)

**2. I have the following questions or concerns regarding this order:** The defendants have been unwilling to discuss scheduling dates for depositions that would allow for virtual attendance. On

August 18, 2025, just five days after the judge issued new orders extending deadlines and denying requests for discovery conferences, the defendants emailed the plaintiff, Caitlin Weathers, demanding alternative dates for her availability to attend an <u>in-person</u> deposition <u>in Houston</u>. They stated, "If we do not receive dates from you by the close of business on Wednesday, we will notify you of your deposition at our convenience. Thank you." It is my understanding that virtual depositions can be conducted remotely according to FRCP 30(b)(4) when a party resides more than 100 miles away. My current residence is over 1,175 miles away from 515 Rusk St., Houston, TX, to 2616 Erwin Rd., Durham, NC. I seek clarification to confirm that virtual depositions can be scheduled to be taken at this time.

I certify that a copy of this motion was ☐ mailed; ☑ emailed, hand delivered; to the person(s) listed below on **8/19/2025**.

                                                    Caitlin Weathers

                                                  Pro Se Litigant

                                                  2616 Erwin Rd., 2218, Durham, NC

                                                  832-314-6357

Name of opposing party or his/her attorney: Dan Patton

5301 Katy Freeway, Suite 201

Houston, Texas 77007

Main:   (281) 377-3311