United States District Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAITLIN WEATHERS, *Plaintiff,* § § § | |
| V. § | CIVIL ACTION NO. 4:22-CV-4085 |
| § | |
| HOUSTON METHODIST HOSPITAL, ET AL., *Defendants.* § § § | |

## ORDER

Before the Court is Pro Se Plaintiff's Emergency Motion to Stay Discovery Pending Ruling on Plaintiff's Motion for Appointment of Counsel.[1] ECF 114. The Court issued an Order denying Plaintiff's Motion for Appointment of Counsel on October 29, 2025. ECF 116. Accordingly, it is

ORDERED that Plaintiff's Emergency Motion (ECF 114) is DENIED as moot.

Signed on October 30, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The parties consented to the jurisdiction of this Magistrate Judge for all purposes including final judgment. ECF 25.