| | |
|---|---|
| **From:** | Caitlin Weathers |
| **To:** | Melissa Morgan |
| **Subject:** | Subpoena Dkt#120 |
| **Date:** | Monday, November 24, 2025 5:49:14 PM |

**CAUTION - EXTERNAL:**

Melissa,

I expedited my application and issued a subpoena to defendants in case #4:22-cv-04085 to the Clerk of the Court for signature but they didn't sign the application and instead submitted it as a motion - I didn't file a motion. They're supposed to send the subpoena to the defendants, can you explain or clarify why they did that and correct if needed. I didn't request that they submit it as a motion and there is no accompanying motion. It's an application for the Clerk of the Court to sign and send the subpoena to the defendants. I'm not sure why they submitted it as a motion in my name as the filer because I didn't file a motion.

--
Caitlin Weathers
Email: j.weathersca@gmail.com
Phone: (832) 314-6357

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.