IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAITLIN WEATHERS,<br>*Plaintiff,*<br><br>V.<br><br>HOUSTON METHODIST<br>HOSPITAL, ET AL.,<br>*Defendants.* | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:22-CV-4085<br>§<br>§<br>§<br>§ |

# **ORDER**

Before the Court is Plaintiff's Amended Unopposed Motion to Extend Deadlines.[1] ECF 124. The parties have agreed that an extension is necessary to complete deposition and prepare dispositive motions. The Court finds good cause for granting the requested extensions. It is therefore

ORDERED that the Amended Unopposed Motion to Extend Deadlines (ECF 124) is GRANTED. It is further

ORDERED that the deadline for completing discovery is extended to January 2, 2026 for the sole purpose of completing the corporate representative deposition(s). It is further

---

[1] The parties consented to the jurisdiction of this Magistrate Judge for all purposes including final judgment. ECF 25. Plaintiff's initial Unopposed Motion to Extend Deadlines (ECF 123) is terminated as moot.

ORDERED that the deadline for filing dispositive and non-dispositive motions is January 23, 2026.

The Joint Pretrial Order, Pretrial Conference, and Trial settings remain in place at this time.

Signed on December 04, 2025, at Houston, Texas.

                                              Christina A. Bryan
                                      United States Magistrate Judge