IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAITLIN WEATHERS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO.: 4:22-cv-04085 |
| § | |
| HOUSTON METHODIST HOSPITAL § | |
| and SUNILA ALI, § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE OF
## ANDREA BORGE AS ADDITIONAL COUNSEL FOR DEFENDANTS

Defendants, Houston Methodist Hospital and Sunila Ali, hereby notify the Court and Plaintiff of the appearance of their additional counsel and request that she be provided with notice by electronic means of any and all documents filed in this case:

Andrea Borge
S.D. Tex. Admission No. 3913406
Texas Bar No. 24131272
aborge@scottpattonlaw.com
**SCOTT PATTON PC**
717 Texas Avenue, Suite 3100
Houston, Texas 77002
Phone: (281) 377-3311
Fax:    (281) 377-3267

Daniel Patton shall remain attorney-in-charge for Defendants.

Respectfully submitted,

By: /s/ Andrea Borge
Andrea Borge
S.D. Tex. Admission No. 3913406
Texas Bar No. 24131272
aborge@scottpattonlaw.com

ATTORNEY FOR DEFENDANTS

OF COUNSEL:

Daniel Patton
S.D. Tex. Admission No.
Texas Bar No. 24013302
dpatton@scottpattonlaw.com
Michael K. Burke
S.D. Tex. Admission No. 24356
Texas Bar No. 24012359
mburke@scottpattonlaw.com
Lucas David Novick
S.D. Tex. Admission No. 3777679
Texas Bar No. 24125819
lnovick@scottpattonlaw.com
**SCOTT PATTON PC**
717 Texas Avenue, Suite 3100
Houston, Texas 77002
Phone: (281) 377-3311
Fax: (281) 377-3267

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on January 5, 2026, a true and correct copy of *Notice of Appearance of Andrea Borge as Additional Counsel for Defendants* was served on all counsel of record by the Court's ECF filing system and via email.

Caitlin Weathers
2616 Erwin Rd., #2218
Durham, North Carolina 27705
j.weathersca@gmail.com

*Pro Se Plaintiff*

/s/ Daniel Patton
Daniel Patton