# Exhibit 6

HOUSTON Methodist LEADING MEDICINE

Employee Name: Caitlin Weathers

Employee Signature & Date: C. Weathers 9/27/21

**HOUSTON METHODIST JOB DESCRIPTION**

**Job Code:** S038
**Job Title:** Patient Care Assistant
**FLSA Status:** Non Exempt
**Exemption Test:** N/A

**Date Initiated:** September 1, 2002
**Date Revised:** April 16, 2019
**Comp. Review:** July 7, 2019

---

## JOB SUMMARY

At Houston Methodist, the Patient Care Assistant (PCA) position functions as novice to competent and demonstrates basic knowledge and skills necessary to communicate appropriately and carry out delegated nursing assistant level tasks for assigned age-specific, diverse patient population, assisting in the delivery of patient care and services under the supervision of a licensed nurse. This position conducts hourly rounding to ensure patient needs are met and records data established by policy and procedure, and reports observations and patient problems to the licensed nurse. The PCA position performs basic patient care activities of daily living (ADL's) within unit specific defined limits and job scope, such as assistance with patient elimination, hygiene, comfort, safety, nutrition, and progress activity and practices Patient and Family Centered Care in concert with Houston Methodist ICARE values.

## PATIENT AGE GROUP(S) AND POPULATION(S) SERVED

Refer to departmental "Scope of Service" and "Provision of Care" plans, as applicable, for description of primary age groups and populations served by this job for the respective HM entity.

## HOUSTON METHODIST EXPERIENCE EXPECTATIONS

- Provide personalized care and service by consistently demonstrating our I CARE values:
  - **INTEGRITY:** We are honest and ethical in all we say and do.
  - **COMPASSION:** We embrace the whole person including emotional, ethical, physical, and spiritual needs.
  - **ACCOUNTABILITY:** We hold ourselves accountable for all our actions.
  - **RESPECT:** We treat every individual as a person of worth, dignity, and value.
  - **EXCELLENCE:** We strive to be the best at what we do and a model for others to emulate.
- Focuses on patient/customer safety
- Delivers personalized service using HM Service Standards
- Provides for exceptional patient/customer experiences by following our Standards of Practice of always using Positive Language (AIDET, Managing Up, Key Words)
- Intentionally rounds with patients/customers to ensure their needs are being met
- Involves patients (customers) in shift/handoff reports by enabling their participation in their plan of care as applicable to the given job

## PRIMARY JOB RESPONSIBILITIES

*Job responsibilities labeled EF capture those duties that are essential functions of the job.*

**PEOPLE - 25%**

1. Promotes a positive work environment with the interprofessional care team. Participates in teamwork by responding positively to requests for assistance. Works well with others to make contributions to the work effort as a whole and facilitates problem resolution. (EF)
2. Interacts with peers, staff and physicians in a supportive and respectful manner. Encourages open communication to achieve mutual understanding. Communication to promote both work efforts and problem resolution is clear and professional. Collaborates with all members of the interprofessional team by actively communicating and reporting pertinent patient care information in a clear and timely manner. (EF)
3. Provides contributions towards improvement of department scores for turnover/retention/employee satisfaction on unit-based scorecard, i.e. peer-to-peer accountability. (EF)

**SERVICE - 25%**

1. Follows the patient and family-centered care standards and provides direct patient care under the direction of a registered nurse. Documents, where applicable, care administered, diagnostic measurements, treatments and procedures in accordance with established policies and procedures and cultural diversity and inclusion principles. Responds to the call light system, contacting nursing personnel as appropriate, and follows through with meeting patient needs. (EF)
2. Assists with maintaining, cleaning, and stocking of equipment and supplies as established on assigned unit. May serve as an in-house courier which may include retrieving blood, hand delivering labs, tele boxes, etc. Organizes the work flow, problem-solves basic and routine matters, and manages multiple ongoing priorities, seeking guidance and assistance from preceptor, licensed nurse, or management. (EF)
3. Contributes towards improving department scores for patient satisfaction on unit-based scorecard through peer-to-peer accountability, i.e. bedside shift handoff/report. (EF)

**QUALITY/SAFETY - 35%**

1. Reports observations, conditions and problems of patients to licensed personnel to achieve desired patient outcomes. Provides for the privacy of patients and families, keeping the safety of the patient in mind. (EF)
2. Provides appropriate hand-off at change of shift at patient bedside to communicate and collaborate, promoting patient-centered care. (EF)
3. Conducts hourly rounding to ensure patient needs are met (four P's). Reports near misses and collaborates with the interprofessional health care team to improve patient safety. (EF)
4. Contributes towards improving quality and safety scores on the *unit-based* scorecard, through peer-to-peer accountability. Supports initiatives to prevent conditions such as pressure injuries, patient falls, and hospital-acquired infections. (EF)

**FINANCE - 10%**

1. Assists with patient and staffing needs (floats) across the service line or hospital as competencies allow. (EF)
2. Uses resources efficiently; does not waste supplies. Self-motivated to independently manage time effectively and prioritize daily tasks, minimizing incidental overtime. Utilizes time between heavy workloads efficiently and helps other team members. (EF)

**GROWTH/INNOVATION - 5%**

1. Seeks guidance and validation of knowledge base, skill level and decision making as necessary, especially in areas of question, from preceptor and assigned licensed personnel. Completes and updates the individual development plan (IDP) on an on-going basis. (EF)

2. Offers innovative solutions through participation in performance improvement projects and shared governance activities. (EF)

This job description is not intended to be all inclusive; the employee will also perform other reasonably related business/job duties as assigned. Houston Methodist reserves the right to revise job duties and responsibilities as the need arises.

## EDUCATION REQUIREMENTS

- High School diploma or equivalent education (examples include: GED, verification of homeschool equivalency, partial or full completion of post-secondary education, etc.)

## EXPERIENCE REQUIREMENTS

- Must complete one of the following:
  - PCA externship
  - PCA internal internship
  - Six months of direct patient care experience
  - Enrolled in a school of nursing program with a completed first clinical rotation

## CERTIFICATIONS, LICENSES AND REGISTRATIONS REQUIRED

- American Heart Association Basic Life Support (BLS)
- *For Skilled Nursing Facility(SNF)/Rehab departments only* - Certified Nursing Assistant (CNA)

## KNOWLEDGE, SKILLS AND ABILITIES REQUIRED

- Demonstrates the skills and competencies necessary to safely perform the assigned job, determined through on-going skills, competency assessments, and performance evaluations
- Sufficient proficiency in speaking, reading, and writing the English language necessary to perform the essential functions of this job, especially with regard to activities impacting patient or employee safety or security
- Ability to effectively communicate with patients, physicians, family members and co-workers in a manner consistent with a customer service focus and application of positive language principles
- Performs basic patient care activities of daily living (ADL's) within unit specific defined limits and job scope, such as assistance with patient elimination, hygiene, comfort, safety, nutrition, and progress activity.
- Completes required continuous training and education, including department-specific requirements

## SUPPLEMENTAL REQUIREMENTS

| Work Attire | Yes/No |
|---|---|
| Uniform | No |
| Scrubs | Yes |
| Business professional | No |
| Other (dept approved) | Yes |

On-Call* No (for Non-Exempt or Exempt jobs)
**Note that employees may be required to be on-call during emergencies (i.e. Disaster, Severe Weather Event, etc.) regardless of selection above.*

Travel**

| | |
|---|---|
| May require travel within Houston Metropolitan area | No |
| May require travel outside of Houston Metropolitan area | No |

***Travel specifications may vary by department.*

Please note any other special considerations to this job: ____________________

## PHYSICAL REQUIREMENTS AND JOB CONDITIONS

**Work Environment**
Time Spent Inside: 100%
Time Spent Outside: 0%

| General | Yes/No |
|---|---|
| Vision | |
| - General | Yes |
| - Depth Perception | Yes |
| - Color Perception | Yes |
| Smelling | Yes |
| Hearing/Listening | Yes |
| Speaking Clearly | |
| - Simple | Yes |
| - Complex | Yes |
| - English | Yes |
| - Foreign Language | No |
| Touching | |
| - Hand | Yes |
| - Finger | Yes |
| - Dexterity | Yes |
| - Sensitivity (Heat, texture, etc.) | Yes |

| Environmental Conditions | |
|---|---|
| Extreme Cold | No |
| Extreme Heat | No |
| Noise | Yes |
| Dust | Yes |
| Fumes/Odors | Yes |
| Confined Spaces | Yes |
| High Places | No |
| Remote or Isolated Areas | Yes |
| Physical Hazards including Magnetic and Radiation | Yes |
| Hazardous Chemicals | Yes |
| Infectious Diseases/ Bloodborne Pathogens | Yes |
| Mechanical Equipment | Yes |
| Electronic Equipment | Yes |
| Pressurized Equipment | Yes |

Note any special equipment used in this job requiring physical demand or special skill:______________________

| Equipment Used | Yes/No |
|---|---|
| Keyboard | Yes |
| Computer | Yes |
| Telephone | Yes |
| TV Monitor | Yes |
| Mechanical Equip. | Yes |
| Mobile Equip. | |
| - Non Motorized | Yes |
| - Motorized | Yes |

| Physical Activities | Yes/No | Frequency |
|---|---|---|
| Sitting | Yes | Occasionally < 33% |
| Standing | Yes | Constantly > 66% |
| Twisting | Yes | Frequently 33% - 66% |
| Bending | Yes | Frequently 33% - 66% |
| Stooping | Yes | Frequently 33% - 66% |
| Squatting | Yes | Occasionally < 33% |
| Kneeling | Yes | Occasionally < 33% |
| Pushing/Pulling | Yes | Constantly > 66% |

**Strength**
Heaviest weight lifted 50 lbs.
Heaviest weight push/pulled 150 lbs.
Distance pushed/pulled 40 ft.

**Lifting**
Does the job require lifting weight? Yes

| Weight | Distance | Frequency |
|---|---|---|
| 01 - 10 lbs. | Floor to Waist | Constantly > 66% |
| 10 - 25 lbs. | Floor to Waist | Constantly > 66% |
| 25 - 50 lbs. | Floor to Waist | Frequently 33% - 66% |
| over 50 lbs. | Waist to Shoulder | Occasionally < 33% |

| Mobility | Yes/No | Frequency |
|---|---|---|
| Walk | Yes | Constantly > 66% |
| Run | Yes | Frequently 33% - 66% |
| Climb | | |
| - Stairs | Yes | Occasionally < 33% |
| - Ladders | No | N/A |
| - Inclines | Yes | Occasionally < 33% |
| - Objects/Equip. | Yes | Constantly > 66% |
| Crawl | Yes | Occasionally < 33% |