IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAITLIN WEATHERS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:22-CV-4085 |
| HOUSTON METHODIST HOSPITAL, ET AL., *Defendants.* | § § § § | |

## **ORDER**

This case is currently set for trial on March 30, 2026 with the parties' Joint Pretrial Order due on March 20, 2026 and the Final Pretrial Conference set on March 27, 2026.[1]  ECF 102.  All other deadlines have expired.  Defendants' Motion for Summary Judgment (ECF 127) and Plaintiff's Motion for Partial Summary Judgment (ECF 129) are pending before the Court.  In the interest of justice and to conserve the resources of the parties and the Court, it is necessary to vacate the current schedule pending the Court's ruling on the pending motions.  It is therefore

ORDERED that all unexpired deadlines in the Amended Scheduling Order (ECF 102) are VACATED.  It is further

---

[1] The parties consented to the jurisdiction of this Magistrate Judge for all purposes including final judgment.  ECF 25.

ORDERED that the Court will issue a new Amended Scheduling Order as appropriate after ruling on the parties' Motions for Summary Judgment.

Signed on March 02, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge